United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 12-39030-PGH
Albert Castro                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9            User: montygier            Page 1 of 2              Date Rcvd: Dec 03, 2012
                                Form ID: CGFI2             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2012.
db           +Albert Castro,   15683 86 Way N,   Pal Beach Gardens, FL 33418-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 04 2012 03:14:35      Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2012**                          **Signature:**   _Joseph Speetjens_

```
District/off: 113C-9           User: montygier            Page 2 of 2                  Date Rcvd: Dec 03, 2012
                               Form ID: CGFI2             Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2012 at the address(es) listed below:
              Deborah  Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

CGFI2 (8/1/11)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 12–39030–PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Albert Castro
15683 86 Way N
Pal Beach Gardens, FL 33418
SSN: xxx–xx–4945

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **December 3, 2012**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

    **Schedules of assets and liabilities.** The following schedules were not filed.
    **Deadline to correct deficiency: 12/17/12**

        Official Bankruptcy Form B6 Summary of Schedules and/or (Part two Statistical Summary only required in individual debtor cases)

        Official Bankruptcy Form B6A Real Property

        Official Bankruptcy Form B6B Personal Property

        Official Bankruptcy Form B6C Property Claimed As Exempt

        Official Bankruptcy Form B6D Creditors Holding Secured Claims

        Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims

        Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims

        Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases

        Official Bankruptcy Form B6H Codebtors Form

        Official Bankruptcy Form B6I Current Income of Individual Debtor(s)

        Official Bankruptcy Form B6J Current Expenditures of Individual Debtor(s)

    **Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed.
    **Deadline to correct deficiency: 12/17/12**

- [x] Declaration not filed
- [ ] Declaration not signed
- [ ] Declaration must be filed with deficient schedules listed above

    **Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
    **Deadline to correct deficiency: 12/17/12**

- [x] Statement not filed
- [ ] Statement not signed

☐ Statement incomplete

**Statement of Monthly Income and Means Test Calculation** (Official Bankruptcy Form 22A) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 12/17/12**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007−1(F). Payment advices are deficient as indicated: **Not Filied**
**Deadline to correct deficiency: 12/17/12**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF−11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:** 12/3/12                                     **CLERK OF COURT**
                                                         By: Hebe Montygierd , Deputy Clerk

*Copies to:*   Debtor
                    *Attorney for Debtor*