UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**In Re:**

Albert Castro                                                                 Case No. 12-39030

Debtor(s)    ___/                                                          Chapter  7

MOTION TO REOPEN AND TO REQUEST
REINSTATEMENT OF CHAPTER 7 BANKRUPTCY

Debtor, Albert Castro , hereby move the Court to reinstate my Chapter 7 Bankruptcy .

I was unable to complete my deficiencies in a timely matter as I am the sole care taker of my 90 year old father and he fell sick during that time period.  I am also paying my balance of the filing fee in the amount of $256.00.

Wherefore, Debtors pray that the Court will enter an Order Reinstating my Chapter 7 Bankruptcy.

*Albert Castro* (signature)

Albert Castro
15683 86th Way North
Palm Beach Gardens, Fl 33418

P A I D
#138908  $56.00 Final Instlmnt
#138909  $260.00 Reopen Fee

## LIMITED POWER OF ATTORNEY

BE IT KNOWN, that ___Albert Castro___ has made and appointed, and by these presents does make and appoint, Denis Hernandez, true and lawful attorney for him/her name, place and stead, for the following specific and limited purposes only:

___CASE # 12-39030 for the sole purpose of delivering document and making payments to the Bankruptcy Court.___

Giving and granting said attorney, full power and authority to do and perform all and every act and thing whatsoever necessary to be done in and about the specific and limited premises (set out herein) as fully, to all intents and purposes. as might or could be done if personally present. with full power of substitution and revocation. hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this ___26th___ day of ___March___, 2013.

Signed, and sealed and delivered in the presence of:

___Albert Castro___                    ___[signature]___
**Signature**                                **Witness**

___Suzanne Manuell___
**Witness**

**State of** ___Florida___ )
**County of** ___Palm Beach___ )

The foregoing instrument was acknowledged by me this ___26th___ day of ___March___, 2013 by ___Alberto Castro___, who is/are personally known by me or who has/have produces: _____ as identification and who did not take an oath.

___[signature]___ (SEAL)
**Notary Public**
**State of**

**My Commission Expires:**

T. CRAWFORD
MY COMMISSION # EE 039870
EXPIRES: November 4, 2014
Bonded Thru Budget Notary Services

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**In Re:**

Albert Castro                                                            Case No. 12-39030

Debtor(s)                    /                                           Chapter 7

### ORDER GRANTING MOTION TO REOPEN AND TO REQUEST REINSTATEMENT OF CHAPTER 7 BANKRUPTCY

This cause came before the courts on Debtor's Motion to Reconsider Order of dismissal and request to Reinstate Chapter 7 case and the court finds that the debtor shall be allowed to file all Documents, Schedules and Deficiencies within the time limits allowed.

ORDERED and ADJUDGED that Debtor's Motion to Reinstate the Chapter 7 case is GRANTED. Debtors shall have ___ days from the date of this Order to file all deficiencies. Done and Ordered, in chambers, this ___ day of March, 2013

_____
Judge