United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 12-39030-PGH
Albert Castro                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: corralesv            Page 1 of 2              Date Rcvd: Mar 29, 2013
                              Form ID: CGFCRD3           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2013.
db            +Albert Castro,   15683 86 Way N,   Palm Beach Gardens, FL 33418-1806
smg            Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Ft Lauderdale, FL  32314-6668
90920612      +Bank of America,   POB 5170,   Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2013**                           **Signature:**  _Joseph Speetjens_

```
District/off: 113C-9           User: corralesv             Page 2 of 2                   Date Rcvd: Mar 29, 2013
                               Form ID: CGFCRD3            Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2013 at the address(es) listed below:
              Deborah   Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                   TOTAL: 2
```

Form CGFCRD3  (11/14/11)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12−39030−PGH

Chapter: 7

In re:

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

SSN: xxx−xx−4945

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **April 23, 2013** at **09:30 AM** at the following location:

**Flagler Waterview Building
1515 N Flagler Dr Room 801 Courtroom A
West Palm Beach FL 33401**

to consider the following:

**Motion to Reopen and to Request Reinstatement of Chapter 7 Bankruptcy Filed by Debtor Albert Castro. (17)**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON−EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

**Dated: 3/29/13**                                              **CLERK OF COURT**
                                                                By: Vivian Corrales
                                                                Courtroom Deputy