United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 12-39030-PGH
Albert Castro                                                   Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113C-9           User: corralesv           Page 1 of 2           Date Rcvd: Mar 29, 2013
                               Form ID: pdf004           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2013.
db            +Albert Castro,    15683 86 Way N,    Palm Beach Gardens, FL 33418-1806
90920612      +Bank of America,    POB 5170,   Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2013**                    Signature:    _/s/ Joseph Speetjens_

```
District/off: 113C-9           User: corralesv             Page 2 of 2              Date Rcvd: Mar 29, 2013
                               Form ID: pdf004             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2013 at the address(es) listed below:
              Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

Albert Castro                                              Case No. 12-39030

Debtor(s) _____ /                                          Chapter  7

## MOTION TO REOPEN AND TO REQUEST REINSTATEMENT OF CHAPTER 7 BANKRUPTCY

Debtor, Albert Castro, hereby move the Court to reinstate my Chapter 7 Bankruptcy.

I was unable to complete my deficiencies in a timely matter as I am the sole care taker of my 90 year old father and he fell sick during that time period. I am also paying my balance of the filing fee in the amount of $256.00.

Wherefore, Debtors pray that the Court will enter an Order Reinstating my Chapter 7 Bankruptcy.

*Albert Castro*
Albert Castro
15683 86th Way North
Palm Beach Gardens, Fl 33418

PAID
#138908  $56.00 Final Instlmnt
#138909  $260.00 Reopen Fee

# LIMITED POWER OF ATTORNEY

BE IT KNOWN, that **Albert Castro** has made and appointed, and by these presents does make and appoint, Denis Hernandez, true and lawful attorney for him/her name, place and stead, for the following specific and limited purposes only:

**CASE # 12-39030) for the sole purpose of delivering document and making payments to the Bankruptcy Court.**

Giving and granting said attorney, full power and authority to do and perform all and every act and thing whatsoever necessary to be done in and about the specific and limited premises (set out herein) as fully, to all intents and purposes. as might or could be done if personally present. with full power of substitution and revocation. hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this **26th** day of **March**, 2013.

Signed, and sealed and delivered in the presence of:

_Albert Castro_ , _[signature]_
**Signature**          **Witness**

_Susana Manuell_
**Witness**

State of **Florida** )
County of **Palm Beach** )

The foregoing instrument was acknowledged by me this **26th** day of **March**, 2013 by **Alberto Castro**, who is/are personally known by me or who has/have produces: _____ as identification and who did not take an oath.

_____(SEAL)
**Notary Public**
**State of**

**My Commission Expires:**



T. CRAWFORD
MY COMMISSION # EE 039870
EXPIRES: November 4, 2014
Bonded Thru Budget Notary Services

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

Albert Castro                                              Case No. 12-39030

Debtor(s)         /                                        Chapter 7

ORDER GRANTING MOTION TO REOPEN AND TO REQUEST
REINSTATEMENT OF CHAPTER 7 BANKRUPTCY

This cause came before the courts on Debtor's Motion to Reconsider Order of dismissal and request to Reinstate Chapter 7 case and the court finds that the debtor shall be allowed to file all Documents, Schedules and Deficiencies within the time limits allowed.

ORDERED and ADJUDGED that Debtor's Motion to Reinstate the Chapter 7 case is GRANTED. Debtors shall have ___ days from the date of this Order to file all deficiencies. Done and Ordered, in chambers, this ___ day of March, 2013

_____
Judge