FLD*130423AM0912USBCSDFWPB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:  Case No: 12-39030-PGH
Chapter 7

Albert Castro

_____ Debtor /

## NOTICE OF APPEARANCE

Debtor, ALBERT CASTRO, pro se petitioner, hereby files the Notice of Appearance of Herbert W. Biggs, ESQ., as counsel for Debtor in the above styled cause.

Please forward all pleadings and information regarding this case to the address below.

Herbert W. Biggs, Esq., Attorney for
Albert Castro
521 Northlake Blvd, Suite no. 5
North Palm Beach, Florida 33408
239-595-4016
Fla. Bar No. 0145818

I Hereby Certify that a true copy of the foregoing was sent by US Mail to the attached service list this 23rd day of April, 2013.

Herbert W. Biggs

**Service List:**

**Debtor**
ALBERT CASTRO
15683 86 WAY N
PALM BEACH GARDENS,FLA,33418

**Trustee**
DEBORA MENOTTE
P.O BOX 211087
WEST PALM BEACH,FLA, 33421

**U.S TRUSTEE**
OFFICE OF THE U.S TRUSTEE
51 S.W 1st AVE
SUITE 1204
MIAMI,FLA,33130

Case No: 12-39030 PGH

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A),

**HERBERT W. BIGGS ESQ.**
521 North Lake Blvd., Suite 5
North Palm Beach, Florida 33408
Telephone; (561) 840-8708
Facsimile; (561) 840-8709
E-mail: hwbseawatch@yahoo.com

By: _____
HERBERT W. BIGGS, ESQ.
Florida Bar No.; 0145818