

**ORDERED in the Southern District of Florida on May 9, 2013.**

                                  **Paul G. Hyman, Chief Judge**
                                  **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 12-39030-BKC-PGH** |
| **Albert Castro,** | **Chapter 7** |
|       Debtor(s). | |
| _____/ | |

**ORDER (I) GRANTING DEBTOR'S MOTION TO REOPEN AND REINSTATE CHAPTER 7 CASE; (II) REQUIRING DEBTOR TO FILE MISSING SCHEDULES; AND (III) RESETTING THE § 341 MEETING**

**THIS MATTER** came before the Court for hearing on April 23, 2013, upon Albert Castro's (the "Debtor") *Motion to Reopen and Reinstate Chapter 7 Case* (ECF No. 17). Being fully advised in the premises and for the reasons stated on the record at the hearing, the Court hereby **ORDERS AND ADJUDGES** that:

1. The Debtor's *Motion to Reopen and Reinstate Chapter 7 Case* (ECF No. 17) is **GRANTED**.

2. The December 21, 2012 *Order Dismissing Case* (ECF No. 14) is **VACATED,** and the above-referenced chapter 7 case is **REINSTATED.**

3. The Debtor shall have 10 days from the entry of this Order to file all required schedules and documents.

4. If the Debtor fails to comply with paragraph 3 of this Order by failing to file the required schedules and documents within the specified time period, the Debtor's case shall be dismissed with prejudice for 180 days.

5. The Debtor's case was dismissed before the § 341 meeting of creditors was held. The Clerk of Court shall file and serve a Notice of Commencement of Case under separate cover and set appropriate deadlines.

###

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

Herbert W Biggs, Esq.

Deborah Menotte, Chapter 7 Trustee

AUST

The Clerk is directed to serve a copy of this Order on all interested parties.