United States Bankruptcy Court
Southern District of Florida

In re:  
Albert Castro  
    Debtor

Case No. 12-39030-PGH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113C-9     User: delaran     Page 1 of 2     Date Rcvd: May 09, 2013  
                Form ID: pdf004     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2013.
```
db           +Albert Castro,    15683 86 Way N,    Palm Beach Gardens, FL 33418-1806
90920612     +Bank of America,    POB 5170,    Simi Valley, CA 93062-5170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2013**      **Signature:** _Joseph Speetjens_

```
District/off: 113C-9            User: delaran                Page 2 of 2                 Date Rcvd: May 09, 2013
                                Form ID: pdf004              Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2013 at the address(es) listed below:
              Deborah  Menotte    menottetrustee@gmail.com,  FL43@ecfcbis.com
              Herbert W Biggs    on behalf of Debtor Albert  Castro hwbseawatch@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```



**ORDERED in the Southern District of Florida on May 9, 2013.**

**Paul G. Hyman, Chief Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                              Case No.: 12-39030-BKC-PGH

**Albert Castro,**                          Chapter 7

     Debtor(s).
_____/

**ORDER (I) GRANTING DEBTOR'S MOTION TO REOPEN AND
REINSTATE CHAPTER 7 CASE; (II) REQUIRING DEBTOR TO FILE
MISSING SCHEDULES; AND (III) RESETTING THE § 341 MEETING**

**THIS MATTER** came before the Court for hearing on April 23, 2013, upon Albert Castro's (the "Debtor") *Motion to Reopen and Reinstate Chapter 7 Case* (ECF No. 17). Being fully advised in the premises and for the reasons stated on the record at the hearing, the Court hereby **ORDERS AND ADJUDGES** that:

1. The Debtor's *Motion to Reopen and Reinstate Chapter 7 Case* (ECF No. 17) is **GRANTED**.

2. The December 21, 2012 *Order Dismissing Case* (ECF No. 14) is **VACATED,** and the above-referenced chapter 7 case is **REINSTATED.**

3. The Debtor shall have 10 days from the entry of this Order to file all required schedules and documents.

4. If the Debtor fails to comply with paragraph 3 of this Order by failing to file the required schedules and documents within the specified time period, the Debtor's case shall be dismissed with prejudice for 180 days.

5. The Debtor's case was dismissed before the § 341 meeting of creditors was held. The Clerk of Court shall file and serve a Notice of Commencement of Case under separate cover and set appropriate deadlines.

###

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

Herbert W Biggs, Esq.

Deborah Menotte, Chapter 7 Trustee

AUST

The Clerk is directed to serve a copy of this Order on all interested parties.