B6C (Official Form 6C) (04/13)

In re  albert castro                            ,    Case No. 12-39030pgh
         *Debtor*                                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>Location: 15683 86th way n, Palm Beach Gardens FL 33418 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 260,000.00 | 260,000.00 |
| **Cash on Hand**<br>Location: 15683 86th way n, Palm Beach Gardens FL 33418<br>50.00 | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Location: 15683 86th way n, Palm Beach Gardens FL 33418<br>Bank of america  ckg 003430456665<br>svg 229024132696 | Fla. Const. art. X, § 4(a)(2) | 950.00 | 7,200.00 |
| **Household Goods and Furnishings**<br>Location: 15683 86th way n, Palm Beach Gardens FL 33418<br>assorted goods | Fla. Stat. Ann. § 222.25(4) | 1,750.00 | 1,750.00 |
| **Wearing Apparel**<br>Location: 15683 86th way n, Palm Beach Gardens FL 33418<br>assorted clothing | Fla. Stat. Ann. § 222.25(4) | 350.00 | 350.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>Location: 15683 86th way n, Palm Beach Gardens FL 33418<br>IRA Account | Fla. Stat. Ann. § 222.21(2) | 5,000.00 | 5,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>Location: 15683 86th way n, Palm Beach Gardens FL 33418<br>2002 gmc denali 258000 miles | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 4,700.00 |
| | Total: | 269,100.00 | 279,050.00 |

Best Case Bankruptcy

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*