B6 Declaration (Official Form 6 - Declaration). (12/07)

5/17/13 3:11PM

# United States Bankruptcy Court
## Southern District of Florida

In re   albert castro

Debtor(s)

Case No.   12-39030 PGH

Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __14__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 17, 2013**          Signature  **/s/ albert castro**
                                           albert castro
                                           Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.