

**ORDERED in the Southern District of Florida on May 20, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                Case No.: 12-39030-BKC-PGH

Albert Castro,                                        Chapter 7

     Debtor(s).
_____/

### ORDER DISMISSING CASE

**THIS MATTER** came before the Court *sua sponte*. On December 3, 2013, Albert Castro (the "Debtor") filed for chapter 7 bankruptcy protection. On December 21, 2013, the Court entered an *Order Dismissing Case with 180 Days Prejudice* (ECF No. 14) for failure to file the required schedules and documents. On March 27, 2013, the Debtor filed a *Motion to Reopen and Reinstate Case* (ECF No. 17). After notice and a hearing, the Court entered an *Order (I) Granting Debtor's Motion To Reopen and Reinstate Chapter 7 Case;*

*(II) Requiring Debtor to File Missing Schedules; and (III) Resetting the Section 341 Meeting* (the "Order Granting Motion to Reopen") (ECF No. 23).

The Order Granting Motion to Reopen, which was entered on May 9, 2013, provides that the Debtor was required to file all requisite schedules and documents within 10 days of the entry of the Order Granting Motion to Reopen. As of May 20, 2013, the Debtor has not filed all required schedules and documents, including the Statement of Financial Affairs and Payment Advices. Paragraph 4 of the Order Granting Motion to Reopen provides that if the Debtor failed to file all required schedules and documents within 10 days, the Debtor's case would be dismissed with prejudice for 180 days.

Accordingly, the Court, being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Debtor's chapter 7 case is **DISMISSED WITH PREJUDICE** for 180 days from the entry of this Order.

2. The Clerk is directed to re-close the Debtor's case.

###

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

Herbert W Biggs, Esq.

Deborah Menotte, Chapter 7 Trustee

AUST

The Clerk is directed to serve a copy of this Order on all interested parties.