United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 12-39030-PGH
Albert Castro                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9     User: delaran          Page 1 of 2            Date Rcvd: May 21, 2013
                        Form ID: pdf001         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2013.
db            +Albert Castro,    15683 86 Way N,    Palm Beach Gardens, FL 33418-1806
smg            Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Ft Lauderdale, FL  32314-6668
90920612      +Bank of America,    POB 5170,    Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 22 2013 00:16:47     Office of the US Trustee,
               51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 113C-9           User: delaran              Page 2 of 2                   Date Rcvd: May 21, 2013
                               Form ID: pdf001            Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2013 at the address(es) listed below:
              Deborah  Menotte    menottetrustee@gmail.com,  FL43@ecfcbis.com
              Herbert W Biggs    on behalf of Debtor Albert  Castro hwbseawatch@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```



**ORDERED in the Southern District of Florida on May 20, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                    Case No.: 12-39030-BKC-PGH

**Albert Castro,**                        Chapter 7

     Debtor(s).
_____/

## ORDER DISMISSING CASE

**THIS MATTER** came before the Court *sua sponte*. On December 3, 2013, Albert Castro (the "Debtor") filed for chapter 7 bankruptcy protection. On December 21, 2013, the Court entered an *Order Dismissing Case with 180 Days Prejudice* (ECF No. 14) for failure to file the required schedules and documents. On March 27, 2013, the Debtor filed a *Motion to Reopen and Reinstate Case* (ECF No. 17). After notice and a hearing, the Court entered an *Order (I) Granting Debtor's Motion To Reopen and Reinstate Chapter 7 Case;*

*(II) Requiring Debtor to File Missing Schedules; and (III) Resetting the Section 341 Meeting* (the "Order Granting Motion to Reopen") (ECF No. 23).

The Order Granting Motion to Reopen, which was entered on May 9, 2013, provides that the Debtor was required to file all requisite schedules and documents within 10 days of the entry of the Order Granting Motion to Reopen. As of May 20, 2013, the Debtor has not filed all required schedules and documents, including the Statement of Financial Affairs and Payment Advices. Paragraph 4 of the Order Granting Motion to Reopen provides that if the Debtor failed to file all required schedules and documents within 10 days, the Debtor's case would be dismissed with prejudice for 180 days.

Accordingly, the Court, being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Debtor's chapter 7 case is **DISMISSED WITH PREJUDICE** for 180 days from the entry of this Order.
2. The Clerk is directed to re-close the Debtor's case.

###

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

Herbert W Biggs, Esq.

Deborah Menotte, Chapter 7 Trustee

AUST

The Clerk is directed to serve a copy of this Order on all interested parties.