UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                                   Case No. 12-39030
                                                   Chapter 7

Albert Castro
          Debtor /

## MOTION TO RECONSIDER ORDER DISMISSING CHAPTER 7 CASE DUE TO CLERICAL ERROR

I, **Herbert W. Biggs Esq.**, legal representation for the above captioned Debtor, **Albert Castro**, respectfully request that the court reconsider dismissing his case for the reason that certain documents were not timely filed.

1) Administrative personnel, in my office, uploaded the schedules which were to include the Payment Advices (including pay stubs) and the Statement of financial Affairs.

2) Upon checking the upload on the docket it reflected that the "Publix Attachment" was uploaded as part of the record (#29). What he didn't know was that it was not attached to the Payment Advice form.

3) Further, after reviewing the docket on the 18th of May it showed that the Current Monthly Income and Means Test along with the Statement of Financial Affairs was moved as a "replacement Entry". (#31). When that Docket Text was opened it showed that the Means Test was moved and posted twice eliminating the Statement of Financial Affairs all together.

4) Both the Monthly Income and Means Test and the Statement of Financial Affairs has now been properly uploaded.

5) These two issues were not intentionally ignored as our office was under the impression that the Pay Stubs were attached to the Payment Advice Form and that the Statement of Financial Affairs was filed as the Docket Text reflected that when it was moved.

I Herbert W Biggs Esq., respectfully request that the court reconsiders dismissing this case and be given the opportunity to reschedule his 341 Creditors Meeting.

/s/ Herbert W. Biggs.Esq.,
Herbert W. Biggs Esq.,

Fla Bar No: 0145818
521 Northlake Blvd #4
North Palm Beach, Fla
33408
Ph#561-840-8708
Fx#561-840-8709
hwbseawatch@gmail.com