5/17/13 3:11PM

# United States Bankruptcy Court
## Southern District of Florida

In re  albert castro  
Debtor(s)

Case No.  12-39030 PGH  
Chapter  7

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☒ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received  
Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received  
Explain: _____

5/17/13 3:11PM

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

/s/ albert castro                                                                      Date:   **May 17, 2013**
**albert castro**
Signature of Attorney or Debtor

# Publix — WHERE WORKING IS A PLEASURE

Associate Name: Albert A Castro
Address: 15683 86th Way North
Palm Beach Gardens, FL 33418
Personnel Number: 00916593
Pay Date: 4/25/2013
Pay Period: 4/13/2013 - 4/19/2013

**Pay Amount: $574.17**

| Hours and Gross Earnings | Current Hours | Current Earnings | Year to Date Earnings |
|---|---|---|---|
| Retail Bonus (Regular) | | $310.00 | $606.00 |
| Regular (Straight) Hours | 40.42 | $456.75 | $7,114.15 |
| Overtime | 0.42 | $2.42 | $22.54 |
| Post-1985 Sunday Premium | 8.45 | $8.45 | $130.27 |
| Post-1985 Holiday Premium | | | $7.99 |
| Total Gross | 40.42 | $777.62 | $7,880.95 |

| Deductions | Current | Year to Date |
|---|---|---|
| **Pre-tax:** | | |
| BCBS of SC | $22.01 | $372.74 |
| Voluntary Ben - Dental | $4.61 | $78.65 |
| Voluntary Ben - Vision | $1.17 | $19.86 |
| **After-tax:** | | |
| United Way | $1.00 | $17.00 |
| Total Ded | $28.79 | $488.25 |

| Taxes Withheld | Current | Year to Date |
|---|---|---|
| **Federal** | | |
| TX Withholding Tax | $117.30 | $730.02 |
| TX EE Social Security Tax | $46.49 | $459.40 |
| TX EE Medicare Tax | $10.87 | $107.44 |
| Total Taxes | $174.66 | $1,296.86 |

Dir Dep Acct 0034: $574.17
Pay Amount: $574.17

PDF created with pdfFactory trial version www.pdffactory.com

Page 1 of 1

## Publix. WHERE WORKING IS A PLEASURE

| | |
|---|---|
| Associate Name: | Albert A Castro |
| Address: | 15683 86th Way North |
| | Palm Beach Gardens, FL 33418 |
| Personnel Number: | 00916593 |
| Pay Date: | 5/2/2013 |
| Pay Period: | 4/20/2013 - 4/26/2013 |

**Pay Amount: $370.65**

| Hours and Gross Earnings | Current Hours | Current Earnings | Year to Date Earnings |
|---|---|---|---|
| Retail Bonus (Regular) | | | $606.00 |
| Regular (Straight) Hours | 40.80 | $461.04 | $7,575.19 |
| Overtime | 0.80 | $4.61 | $27.15 |
| Post-1985 Sunday Premium | 8.78 | $8.78 | $139.05 |
| Post-1985 Holiday Premium | | | $7.99 |
| Total Gross | 40.80 | $474.43 | $8,355.38 |

| Deductions | Current | Year to Date |
|---|---|---|
| **Pre-tax:** | | |
| BCBS of SC | $22.01 | $394.75 |
| Voluntary Ben - Dental | $4.61 | $83.26 |
| Voluntary Ben - Vision | $1.17 | $21.03 |
| **After-tax:** | | |
| United Way | $1.00 | $18.00 |
| Total Ded | $28.79 | $517.04 |

| Taxes Withheld | Current | Year to Date |
|---|---|---|
| **Federal** | | |
| TX Withholding Tax | $40.82 | $770.84 |
| TX EE Social Security Tax | $27.69 | $487.09 |
| TX EE Medicare Tax | $6.48 | $113.92 |
| Total Taxes | $74.99 | $1,371.85 |

Dir Dep Acct 0034:    $370.65
**Pay Amount:    $370.65**

PDF created with pdfFactory trial version www.pdffactory.com

## Publix. WHERE WORKING IS A PLEASURE

| | |
|---|---|
| Associate Name: | Albert A Castro |
| Address: | 15683 86th Way North |
| | Palm Beach Gardens, FL 33418 |
| Personnel Number: | 00916593 |
| Pay Date: | 5/9/2013 |
| Pay Period: | 4/27/2013 - 5/3/2013 |

**Pay Amount: $361.60**

| Hours and Gross Earnings | Current Hours | Current Earnings | Year to Date Earnings |
|---|---|---|---|
| Retail Bonus (Regular) | | | $606.00 |
| Regular (Straight) Hours | 40.13 | $453.47 | $8,028.66 |
| Overtime | 0.13 | $0.75 | $27.90 |
| Post-1985 Sunday Premium | 8.50 | $8.50 | $147.55 |
| Post-1985 Holiday Premium | | | $7.99 |
| Total Gross | 40.13 | $462.72 | $8,818.10 |

| Deductions | Current | Year to Date |
|---|---|---|
| **Pre-tax:** | | |
| BCBS of SC | $22.01 | $416.76 |
| Voluntary Ben - Dental | $4.61 | $87.87 |
| Voluntary Ben - Vision | $1.17 | $22.20 |
| **After-tax:** | | |
| United Way | $1.00 | $19.00 |
| Total Ded | $28.79 | $545.83 |

| Taxes Withheld | Current | Year to Date |
|---|---|---|
| **Federal** | | |
| TX Withholding Tax | $39.06 | $809.90 |
| TX EE Social Security Tax | $26.97 | $514.06 |
| TX EE Medicare Tax | $6.30 | $120.22 |
| Total Taxes | $72.33 | $1,444.18 |

Dir Dep Acct 0034:   $361.60
**Pay Amount:   $361.60**

# Publix  WHERE WORKING IS A PLEASURE

| | |
|---|---|
| Associate Name: | Albert A Castro |
| Address: | 15683 86th Way North |
| | Palm Beach Gardens, FL 33418 |
| Personnel Number: | 00916593 |
| Pay Date: | 5/16/2013 |
| Pay Period: | 5/4/2013 - 5/10/2013 |

**Pay Amount: $59.54**

| **Hours and Gross Earnings** | Current Hours | Current Earnings | Year to Date Earnings |
|---|---|---|---|
| Retail Bonus (Regular) | | | $606.00 |
| Regular (Straight) Hours | 8.26 | $93.34 | $8,122.00 |
| Overtime | | | $27.90 |
| Post-1985 Sunday Premium | | | $147.55 |
| Post-1985 Holiday Premium | | | $7.99 |
| Total Gross | 8.26 | $93.34 | $8,911.44 |

| **Deductions** | Current | Year to Date |
|---|---|---|
| **Pre-tax:** | | |
| BCBS of SC | $22.01 | $438.77 |
| Voluntary Ben - Dental | $4.61 | $92.48 |
| Voluntary Ben - Vision | $1.17 | $23.37 |
| **After-tax:** | | |
| United Way | $1.00 | $20.00 |
| Total Ded | $28.79 | $574.62 |

| **Taxes Withheld** | Current | Year to Date |
|---|---|---|
| **Federal** | | |
| TX Withholding Tax | | $809.90 |
| TX EE Social Security Tax | $4.06 | $518.12 |
| TX EE Medicare Tax | $0.95 | $121.17 |
| Total Taxes | $5.01 | $1,449.19 |

Dir Dep Acct 0034:    $59.54
**Pay Amount:    $59.54**