

**ORDERED in the Southern District of Florida on June 24, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

```
          UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF FLORIDA
              West Palm Beach Division

In Re:                              Case No.: 12-39030-BKC-PGH

Albert Castro,                      Chapter 7

      Debtor(s).
_____/
```

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE
### AND DIRECTING AUST TO RESCHEDULE 341 MEETING

**THIS MATTER** came before the Court on May 31, 2013, upon Albert Castro's, ("Debtor") Motion to Reinstate Chapter 7 Case, (the "Motion").  The Court, having considered Debtor's Motion and the docket reflecting that the Statement of Financial Affairs and Payment Advices have been filed, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1.   The Debtor's Motion is **granted.**

2. The May 21, 2013, Order Dismissing Case with 180 Days Prejudice for Failure to File the Statement of Financial Affairs and Payment Advices, is **VACATED,** and the above referenced Chapter 7 case is **REINSTATED.**

3. This case was dismissed before the § 341 meeting of creditors was held. The Clerk of Court shall file and serve a Notice of Commencement of Case under separate cover, and set appropriate deadlines.

###

Copies Furnished To:

Albert Castro, Debtor

Herbert Biggs, Esq.

Deborah Menotte, Trustee

AUST

**The Clerk of the Court is hereby directed to serve a copy of this Order upon all interested parties and creditors.**