United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 12-39030-PGH
Albert Castro                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9         User: delaran           Page 1 of 2           Date Rcvd: Jun 24, 2013
                             Form ID: pdf004         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2013.
db           +Albert Castro,    15683 86 Way N,    Palm Beach Gardens, FL 33418-1806
90920612     +Bank of America,    POB 5170,    Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                              **Signature:**  _Joseph Speetjens_

```
District/off: 113C-9           User: delaran              Page 2 of 2                 Date Rcvd: Jun 24, 2013
                               Form ID: pdf004            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2013 at the address(es) listed below:
              Deborah    Menotte    menottetrustee@gmail.com,  FL43@ecfcbis.com
              Herbert W Biggs    on behalf of Debtor Albert  Castro hwbseawatch@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```



**ORDERED in the Southern District of Florida on June 24, 2013.**

**Paul G. Hyman, Chief Judge
United States Bankruptcy Court**

_____

```
           UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF FLORIDA
              West Palm Beach Division

In Re:                          Case No.: 12-39030-BKC-PGH

Albert Castro,                  Chapter 7

      Debtor(s).
_____/
```

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE
### AND DIRECTING AUST TO RESCHEDULE 341 MEETING

**THIS MATTER** came before the Court on May 31, 2013, upon Albert Castro's, ("Debtor") Motion to Reinstate Chapter 7 Case, (the "Motion"). The Court, having considered Debtor's Motion and the docket reflecting that the Statement of Financial Affairs and Payment Advices have been filed, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1.   The Debtor's Motion is **granted.**

2. The May 21, 2013, Order Dismissing Case with 180 Days Prejudice for Failure to File the Statement of Financial Affairs and Payment Advices, is **VACATED,** and the above referenced Chapter 7 case is **REINSTATED.**

3. This case was dismissed before the § 341 meeting of creditors was held. The Clerk of Court shall file and serve a Notice of Commencement of Case under separate cover, and set appropriate deadlines.

###

Copies Furnished To:

Albert Castro, Debtor

Herbert Biggs, Esq.

Deborah Menotte, Trustee

AUST

**The Clerk of the Court is hereby directed to serve a copy of this Order upon all interested parties and creditors.**