UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  Chapter 7
Case No. 12-39030-PGH

Albert Castro

   Debtor.                              /
_____

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor BANK OF AMERICA, N.A. demands that copies of all papers in this litigation be served upon:

Samantha Carr
SHAPIRO, FISHMAN & GACHÉ, LLP
2424 North Federal Highway, Suite 360
Boca Raton, Florida 33431

Further, the undersigned attorneys request that copies of all papers in this litigation continue to be served upon creditor's attorneys, SHAPIRO, FISHMAN & GACHÉ, LLP at the address listed above.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 22nd day of July, 2013.

Albert Castro, 15683 86th Way North, Palm Beach Gardens, FL 33418
Herbert W. Biggs, 521 Northlake Boulevard #4, North Palm Beach, FL 33408
Deborah Menotte, POB 211087, West Palm Beach, FL 33421
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/ Samantha Carr
Samantha Carr
FL Bar # 74137
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd., Ste 100
Tampa, FL  33614
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: sacarr@logs.com

10-197118