### United States Bankruptcy Court
### Southern District of Florida

In                                                    Case        12-39030-PGH
re   **Albert Castro**                                No.         Chapter 7
     **15683 86 Way N.**
     **Palm Beach Gardens, FL 33418**
     **SSN: xxx-xx-4945**

Debtor(s)

                                   /

## MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order
converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the
United States Code), on the grounds set forth below.

1.      On 05/09/2013, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the
Bankruptcy Code.

2.      This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the
Bankruptcy Code.

I HEREBY CERTIFY, that I am admitted to the Bar of the United States District Court for the
Southern District of Florida, and I am in compliance with the additional qualifications to practice in
this Court as set forth in Local Rule 2090-1(A), and that a true and correct copy of this Notice of
Appearance was served via CM/ECF, upon the parties listed on the attached service list this 23rd day
of August, 2013.

                                        Respectfully Submitted,


                                        **INGER M. GARCIA, ESQ.**
                                        Florida Bar No. 0106917
                                        P.O. Box 11933
                                        Ft. Lauderdale, FL 33339
                                        (Tel) 954-894-9962
                                        (Fax) 954-446-1635
                                        E-mail: attorney@ingergarcia.com

## SERVICE LIST

*Trustee*

**Deborah C. Menotte, Esq.**
P. O. Box 211087
West Palm Beach , FL 33421
Tel:    561-795-9640
menotteassistant@gmail.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285
USTPRegion21.MM.ECF@usdoj.gov