## U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**IN RE:**

**CASE NO: 12-39030-PGH**
**PROCEEDING UNDER CHAPTER 7**

**ALBERT CASTRO**
**15683 86 Way N.**
**Palm Beach Gardens, FL 33418**
**SSN: xxx-xx-4945**

DEBTOR(S)

_____/

## NOTICE OF APPEARANCE

Please Take Notice, that Inger M. Garcia, Esq., the undersigned counsel, hereby files her Notice of Appearance, on behalf of Debtor, Albert Castro in the above styled case.

I HEREBY CERTIFY, that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A), and that a true and correct copy of this Notice of Appearance was served via CM/ECF, upon the parties listed on the attached service list this 26th day of August, 2013.

Respectfully Submitted,

/s/ Inger Garcia

**INGER M. GARCIA, ESQ.**
Florida Bar No. 0106917
P.O. Box 11933
Ft. Lauderdale, FL 33339
(Tel) 954-894-9962
(Fax) 954-446-1635
E-mail: attorney@ingergarcia.com



## **SERVICE LIST**

*Trustee*

**Deborah C. Menotte, Esq.**
P. O. Box 211087
West Palm Beach , FL 33421
Tel:    561-795-9640
menotteassistant@gmail.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285
USTPRegion21.MM.ECF@usdoj.gov