United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 12-39030-PGH
Albert Castro                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: corralesv          Page 1 of 2              Date Rcvd: Aug 30, 2013
                              Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2013.
aty         +Inger M. Garcia,    POB 11933,    Ft Lauderdale, FL 33339-1933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113C-9            User: corralesv              Page 2 of 2                  Date Rcvd: Aug 30, 2013
                                Form ID: pdf004              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2013 at the address(es) listed below:
           Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
           Herbert W Biggs    on behalf of Debtor Albert  Castro hwbseawatch@gmail.com
           Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
           Samantha  Carr    on behalf of Creditor  Bank of America, N.A. sacarr@logs.com,
            electronicbankruptcynotices@logs.com
                                                                                                                                     TOTAL: 4

Form CGFCRD3 (11/14/11)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12−39030−PGH

Chapter: 7

In re:

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

SSN: xxx−xx−4945

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **October 1, 2013** at **10:00 AM** at the following location:

**Flagler Waterview Building
1515 N Flagler Dr Room 801 Courtroom A
West Palm Beach FL 33401**

to consider the following:

**Motion to Convert Case to Chapter 13 Filed by Debtor Albert Castro . (45)**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON−EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

Dated: 8/30/13

**CLERK OF COURT**
By: Vivian Corrales
Courtroom Deputy