

**ORDERED in the Southern District of Florida on September 27, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                    Case No.: 12-39030-BKC-PGH

Albert Castro,                            Chapter 7

     Debtor.

**ORDER DENYING MOTION TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13 FOR FAILURE TO PROVIDE REQUIRED NOTICE**

**THIS MATTER** came before the Court on the Motion to Convert Case Under Chapter 7 to Case Under Chapter 13, (ECF No. 45), (the "Motion") filed by Debtor, Albert Castro, (the "Movant"). Pursuant to Local Rule 9073-1(A), on August 30,

2013, the clerk issued a Notice of Hearing (ECF No. 48) with regard to the Motion, setting the hearing for October 1, 2013.  Local Rule 9073-1(B) required the Movant to immediately serve the Notice of Hearing and file, not later than two business days after service of the Notice of Hearing, a certificate of service for the Notice of Hearing as required under Local Rule 2002-1(F). Federal Rule of Bankruptcy Procedure 9006(d) requires that a Notice of Hearing be served not later than seven (7) days before the time specified for hearing. Local Rule 9072-1(B) provides that a request for relief as to which a Notice of Hearing is not timely served or a certificate of service timely filed may be denied *sua sponte* by the Court without further notice or hearing.

As of the date of this Order, Movant filed no certificate of service with regard to the Notice of Hearing. As a result, it is **ORDERED** that:

1. The Motion is **DENIED** without prejudice. If counsel who filed the Motion files a Motion requesting the same or substantially similar relief on behalf of Movant, counsel shall not charge Movant for any fees or expenses in connection with the preparation or filing of such substitute Motions including, without limitation, any filing fee.

###

Copies Furnished To:

Inger M. Garcia, Esq.

Deborah Menotte, Trustee

AUST

Inger M. Garcia, Esq. is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005-1(G)(2), and 9021-1(A).