United States Bankruptcy Court
Southern District of Florida

In re:                                                    Case No. 12-39030-PGH
Albert Castro                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: delaran          Page 1 of 1              Date Rcvd: Sep 27, 2013
                              Form ID: pdf004         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2013.
aty          +Inger M. Garcia,   POB 11933,   Ft Lauderdale, FL 33339-1933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2013                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2013 at the address(es) listed below:
          Deborah  Menotte   menottetrustee@gmail.com,  FL43@ecfcbis.com
          Herbert W Biggs   on behalf of Debtor Albert  Castro hwbseawatch@gmail.com
          Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
          Samantha  Carr   on behalf of Creditor   Bank of America, N.A. sacarr@logs.com,
          electronicbankruptcynotices@logs.com
                                                                                    TOTAL: 4



**ORDERED in the Southern District of Florida on September 27, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                      Case No.: 12-39030-BKC-PGH

Albert Castro,                              Chapter 7

     Debtor.

**<u>ORDER DENYING MOTION TO CONVERT CASE UNDER CHAPTER 7 TO</u>**
**<u>CASE UNDER CHAPTER 13 FOR FAILURE TO PROVIDE REQUIRED</u>**
**<u>NOTICE</u>**

**THIS MATTER** came before the Court on the Motion to Convert Case Under

Chapter 7 to Case Under Chapter 13, (ECF No. 45), (the "Motion") filed by Debtor,

Albert Castro, (the "Movant").  Pursuant to Local Rule 9073-1(A), on August 30,

2013, the clerk issued a Notice of Hearing (ECF No. 48) with regard to the Motion, setting the hearing for October 1, 2013. Local Rule 9073-1(B) required the Movant to immediately serve the Notice of Hearing and file, not later than two business days after service of the Notice of Hearing, a certificate of service for the Notice of Hearing as required under Local Rule 2002-1(F). Federal Rule of Bankruptcy Procedure 9006(d) requires that a Notice of Hearing be served not later than seven (7) days before the time specified for hearing. Local Rule 9072-1(B) provides that a request for relief as to which a Notice of Hearing is not timely served or a certificate of service timely filed may be denied *sua sponte* by the Court without further notice or hearing.

As of the date of this Order, Movant filed no certificate of service with regard to the Notice of Hearing. As a result, it is **ORDERED** that:

1. The Motion is **DENIED** without prejudice. If counsel who filed the Motion files a Motion requesting the same or substantially similar relief on behalf of Movant, counsel shall not charge Movant for any fees or expenses in connection with the preparation or filing of such substitute Motions including, without limitation, any filing fee.

### ###

Copies Furnished To:

Inger M. Garcia, Esq.

Deborah Menotte, Trustee

AUST

Inger M. Garcia, Esq. is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005-1(G)(2), and 9021-1(A).