UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                    CASE NO. 12-39030-BKC-PGH
                                                                                 CHAPTER 7

CASTRO, ALBERT

                 Debtor(s)                           /

**CHAPTER 7 TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE
BY DEBTOR(S) TO APPEAR AT THE § 341 MEETING OF CREDITORS**

**DEBORAH MENOTTE**, Trustee, hereby files this ex-parte Motion to Dismiss Case for Failure by Debtor(s) to Appear at the § 341 Meeting of Creditors, and in support thereof, states as follows:

1. A Continued § 341(a) Meeting of Creditors was scheduled in this case for 10/10/13 at 11:30 am.

2. The Debtor(s) failed to appear at the Continued § 341 (a) Meeting of Creditors as required by 11 U.S.C. § 343.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order dismissing this case pursuant to Local Rule 1017-2(B), and that the dismissal be "with prejudice" to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the Debtor(s) earlier than 180 days after this Order becomes final.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties listed below.

Date: October 11, 2013                       DEBORAH MENOTTE, TRUSTEE
                                                                          P. O. Box 211087
                                                                          West Palm Beach, FL 33421
                                                                          Telephone: 561-795-9640

                                                                          By: /S/ *Deborah Menotte Trustee*
                                                                                  DEBORAH MENOTTE, TRUSTEE
                                                                                  Email: dmenotte@gmail.com

**U.S. Mail Notice**
Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418