CGFD52 (7/23/13)



ORDERED in the Southern District of Florida on October 15, 2013

*Paul G Hyman Jr*
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12−39030−PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

SSN: xxx−xx−4945

## ORDER DISMISSING CHAPTER 7 CASE FOR FAILURE TO APPEAR AT THE § 341 MEETING OF CREDITORS

   THIS CAUSE having come before the court upon the chapter 7 trustee's ex−parte Motion to Dismiss Case for Failure by Debtor to Appear at the § 341 Meeting of Creditors. Upon the foregoing motion and good cause appearing therefore, it is

**ORDERED** that

*Page 1 of 2*

1. In accordance with 11 U.S.C. § 105(a) and Local Rule 1017–2(B), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the clerk of the court, Flagler Waterview Building, 1515 N Flagler Dr, Rm 801, West Palm Beach FL 33401, all fees dues and owing as required by Local Rule 1017–2(E). The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. Pursuant to Local Rule 1002–1(B)(1) the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an application to pay filing fees in installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.