United States Bankruptcy Court
Southern District of Florida

In re:  
Albert Castro  
     Debtor

Case No. 12-39030-PGH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113C-9      User: fleurimon      Page 1 of 1      Date Rcvd: Oct 15, 2013  
                        Form ID: CGFD52      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2013.

```
db          +Albert Castro,    15683 86 Way N,    Palm Beach Gardens, FL 33418-1806
aty         +Inger M. Garcia,    POB 11933,    Ft Lauderdale, FL 33339-1933
cr          +Bank of America, N.A.,    Samantha Carr,    2424 North Federal Highway,    Suite 360,
              Boca Raton, FL 33431-7780
90920612    +Bank of America,    POB 5170,    Simi Valley, CA 93062-5170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          EDI: FLDEPREV.COM Oct 16 2013 00:43:00      Florida Department of Revenue,    POB 6668,
             Bankruptcy Division,    Ft Lauderdale, FL 32314-6668
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Oct 16 2013 00:56:45      Office of the US Trustee,
             51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2013                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2013 at the address(es) listed below:

```
            Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
            Herbert W Biggs    on behalf of Debtor Albert   Castro hwbseawatch@gmail.com
            Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
            Samantha Carr    on behalf of Creditor   Bank of America, N.A. sacarr@logs.com,
             electronicbankruptcynotices@logs.com
                                                                                              TOTAL: 4
```

**CGFD52** (7/23/13)



ORDERED in the Southern District of Florida on October 15, 2013

**Paul G Hyman Jr**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12−39030−PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Albert Castro
15683 86 Way N
Palm Beach Gardens, FL 33418

SSN: xxx−xx−4945

### ORDER DISMISSING CHAPTER 7 CASE FOR FAILURE TO APPEAR
### AT THE § 341 MEETING OF CREDITORS

    THIS CAUSE having come before the court upon the chapter 7 trustee's ex−parte Motion to Dismiss Case for Failure by Debtor to Appear at the § 341 Meeting of Creditors. Upon the foregoing motion and good cause appearing therefore, it is

**ORDERED** that

*Page 1 of 2*

1. In accordance with 11 U.S.C. § 105(a) and Local Rule 1017–2(B), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the clerk of the court, Flagler Waterview Building, 1515 N Flagler Dr, Rm 801, West Palm Beach FL 33401, all fees dues and owing as required by Local Rule 1017–2(E). The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. Pursuant to Local Rule 1002–1(B)(1) the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an application to pay filing fees in installments and filing fees remain due from any previous case filed by the debtor.

### #

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*