United States Bankruptcy Court
Southern District of Florida

| | | | |
|---|---|---|---|
| In re | **Albert Castro** | Case No. | 12-39030-PGH |
| | | | Chapter 7 |
| | **15683 86 Way N.** | | |
| | **Palm Beach Gardens, FL 33418** | | |
| | **SSN: xxx-xx-4945** | | |
| | Debtor(s) _____/ | | |

## RENEWED MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.  On 12/03/2012, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.  This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

3.  The Court entered an Order allowing this renewed motion to be filed and properly served.

4.  The Debtor will be severely prejudiced if this matter is not converted due to his homestead property issues.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

I HEREBY CERTIFY, that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A), and that a true and correct copy of this Notice of Appearance was served via CM/ECF, upon the parties listed on the attached service list this 22nd day of October, 2013.

Respectfully Submitted,

/s/Inger Garcia, Esq.
_____
**INGER M. GARCIA, ESQ.**
Florida Bar No. 0106917

P.O. Box 11933
Ft. Lauderdale, FL 33339
(Tel) 954-894-9962
(Fax) 954-446-1635
E-mail: attorney@ingergarcia.com

## SERVICE LIST

*Trustee*

**Deborah C. Menotte, Esq.**
P. O. Box 211087
West Palm Beach , FL 33421
Tel:     561-795-9640
menotteassistant@gmail.com


*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285
USTPRegion21.MM.ECF@usdoj.gov