

**ORDERED in the Southern District of Florida on April 22, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                  Case No.: 12-39030-BKC-PGH

Albert Castro,                                                    Chapter 7

      Debtor.
_____/

**AMENDED ORDER DENYING MOTION TO CONVERT (ECF NO. 70) AND MOTION TO REOPEN OR ALTERNATIVELY TO SHORTEN PREJUDICE PERIOD (ECF NO. 71) FOR FAILURE TO PROVIDE REQUIRED NOTICE (amended to reflect correct name of movant's attorney on page 3)**

**THIS MATTER** came before the Court on the *Motion to Convert Case* (ECF No. 70) and the *Motion to Reopen or Alternatively to Shorten Prejudice Period*, (ECF No. 71) (collectively, the "Motions") filed by Albert Castro (the "Movant"). Pursuant to Local Rule 9073-1(A), on April 8, 2014, the clerk issued a *Notice of Hearing* (ECF

No. 72) with regard to the Motions, setting a hearing for April 22, 2014.  Local Rule 9073-1(B) required the Movant to immediately serve the Notice of Hearing and file, not later than two business days after service of the Notice of Hearing, a certificate of service for the Notice of Hearing as required under Local Rule 2002-1(F). Federal Rule of Bankruptcy Procedure 9006(d) requires that a Notice of Hearing be served not later than seven (7) days before the time specified for hearing. Local Rule 9072-1(B) provides that a request for relief as to which a Notice of Hearing is not timely served or a certificate of service timely filed may be denied *sua sponte* by the Court without further notice or hearing.

As of the date of this Order, the Movant failed to file a certificate of service with regard to the Notice of Hearing. Furthermore, the Notice of Hearing and the underlying Motions should have been served on all creditors. However, the certificates of services with regard to the underlying Motions do not indicate that the underlying Motions were served on *all* creditors. As a result, it is hereby **ORDERED AND ADJUDGED** that:

1. The *Motion to Convert Case* (ECF No. 70) is **DENIED** without prejudice.

2. The *Motion to Reopen or Alternatively to Shorten Prejudice Period*, (ECF No. 71) is **DENIED** without prejudice.

3. The hearing scheduled for April 22, 2014, is **cancelled.**

4. If counsel who filed the Motions files a new motion requesting the same or substantially similar relief, counsel shall not charge for any fees or expenses in connection with the preparation or filing of such substitute motion including, without limitation, any filing fee.

5. The counsel who filed the Motions is hereby required either to undertake the representation of a party on a *pro bono* basis or to pay $250.00 for failure to comply with the Court's Local Rules, which would be payable to either the Clerk of the Bankruptcy Court or the Bankruptcy Bar Foundation, c/o Bankruptcy Bar Association, 7154 N University Drive, Suite 299, Tamarac, FL 33321,

6. The counsel who filed the Motions shall file a notice with the Court indicating counsel's choice no later than seven days after the date of this Order.

7. If the counsel who filed the Motions chooses the option of paying $250.00, the counsel shall file proof of payment along with the aforementioned notice.

###

Copies Furnished To:

**Inger Garcia, Esq.**

Deborah Menotte, Trustee

AUST

**Inger Garcia, Esq**. is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005-1(G)(2), and 9021-1(A).